FILED
2013 DEC 20 PM 4:06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HUNTER MOORE and ) <br> CHARLES EVENS, ) <br>   aka "Gary," ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | CR No. 13-CR13-0917 <br><br> I N D I C T M E N T <br><br> [18 U.S.C. § 371: Conspiracy; 18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(i): Unauthorized Access to a Protected Computer to Obtain Information; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 2: Aiding and Abetting and Causing an Act To Be Done] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

A.  INTRODUCTION

1.   At all times relevant to this Indictment:

a.   Defendant HUNTER MOORE ("MOORE") resided in Woodland, California.

b.   Defendant MOORE operated the website http://isanyoneup.com, on which he posted, among other things, nude or sexually explicit photos of victims submitted by other

1 individuals without the victim's permission for purposes of revenge.

  c. Defendant CHARLES EVENS, also known as "Gary" ("EVENS"), resided in the Central District of California.

  d. Defendant MOORE used the following e-mail accounts: isanyoneup@gmail.com and d[XXXXXXXX]@gmail.com.

  e. Defendant EVENS used the following e-mail accounts: g[XXXXXXXXXX]@gmail.com, c[XXXXX]@gmail.com, and m[XXXXXXXXX]@gmail.com.

  f. The online form used to submit images on defendant MOORE's website http://isanyoneup.com is hosted through JotForm.com.

  g. Defendant MOORE used online Paypal accounts with the following user IDs: "Hunter Moore," "Catalyst Web Services," and "quebella."

  h. Victims L.B., V.E., K.L., P.K., T.G., S.M., and T.K. maintained e-mail accounts that contained, among other things, nude pictures of themselves and others.

  i. Google, Inc. ("Google") provided e-mail services to users all over the world.

  j. Yahoo! Inc. ("Yahoo!") provided e-mail services to users all over the world.

B. THE OBJECT OF THE CONSPIRACY

  2. Beginning on an unknown date and continuing through on or about May 2, 2012, in Los Angeles County, within the Central District of California, and elsewhere, defendants MOORE and EVENS, together with others known and unknown to the Grand Jury, knowingly combined, conspired, and agreed to commit the

following offense against the United States: To access a protected computer without authorization to obtain information for private financial gain, in violation of Title 18, United States Code, Sections 1030(a)(2)(C), (c)(2)(B)(i).

C. THE MANNER AND MEANS OF THE CONSPIRACY

3. The object of the conspiracy was carried out, and to be carried out, in substance, as follows:

    a. Defendant EVENS would gain unauthorized access to the e-mail accounts of hundreds of victims (the "victims' accounts") by various means, including "hacking" into the victims' accounts, and obtain information, including nude pictures, belonging to the victims and stored on the victims' accounts.

    b. Defendant EVENS would send nude pictures obtained from the victims' accounts to defendant MOORE in exchange for payment.

    c. Defendant MOORE, aware that defendant EVENS had obtained the nude pictures by gaining unauthorized access into the victims' accounts, would send payments to defendant EVENS using Paypal or directly from his bank account in exchange for the nude pictures, would offer defendant EVENS additional money to obtain unlawfully additional nude pictures, and would post the victims' nude pictures on his website, http://isanyoneup.com, without the victims' authorization.

D. OVERT ACTS

4. In furtherance of the conspiracy and to accomplish its object, defendants MOORE and EVENS, together with others known and unknown to the Grand Jury, committed, and willfully caused

others to commit, the following overt acts, among others, in the Central District of California and elsewhere:

<u>Overt Act No. 1</u>:   On or about October 10, 2011, defendant EVENS sent to defendant MOORE an e-mail discussing "how to [] hack e-mails."

<u>Overt Act No. 2</u>:   On or about October 15, 2011, defendant MOORE sent to defendant EVENS an e-mail asking defendant EVENS to work for him.

<u>Overt Act No. 3</u>:   On or about October 17, 2011, defendant MOORE sent to defendant EVENS an e-mail offering to pay defendant EVENS $200 per week using Paypal.

<u>Overt Act No. 4</u>:   On or about October 17, 2011, defendant EVENS sent to defendant MOORE an e-mail stating that the hacking that defendant EVENS is doing is illegal.

<u>Overt Act No. 5</u>:   On or about October 17, 2011, defendant MOORE sent to defendant EVENS an e-mail stating that he is employing defendant EVENS and instructing defendant EVENS to use an anonymous Paypal account to avoid detection of their scheme and connection to each other.

<u>Overt Act No. 6</u>:   On or about October 17, 2011, defendant MOORE sent to defendant EVENS an e-mail stating that defendant EVENS would receive payments "from catalyst or something paypal."

<u>Overt Act No. 7</u>:   On or about October 18, 2011, defendant MOORE sent to defendant EVENS an e-mail asking defendant EVENS to send him naked pictures and stating that he would send payments to defendant EVENS using Paypal.

    <u>Overt Act No. 8</u>:   On or about October 29, 2011, defendant MOORE sent to defendant EVENS an e-mail stating that they needed to create new e-mail accounts and delete evidence of the hacking scheme.

    <u>Overt Act No. 9</u>:   On or about December 8, 2011, defendant EVENS sent to defendant MOORE an e-mail asking for $250 for nude pictures of "6 guys and 6 girls."

    <u>Overt Act No. 10</u>:   On or about December 8, 2011, defendant MOORE sent to defendant EVENS an e-mail stating he would like "as many as possible" (referring to the nude pictures that defendant EVENS had obtained by hacking into the victims' accounts).

    <u>Overt Act No. 11</u>:   On or about December 8, 2011, defendant EVENS accessed victim L.B's e-mail account without authorization.

    <u>Overt Act No. 12</u>:   On or about December 8, 2011, defendant EVENS obtained pictures, including a nude picture, of victim L.B. from victim L.B.'s e-mail account.

    <u>Overt Act No. 13</u>:   On or about December 11, 2011, defendant EVENS submitted pictures, including a nude picture, of victim L.B. to defendant MOORE's website, http://isanyoneup.com.

    <u>Overt Act No. 14</u>:   On or about December 14, 2011, defendant MOORE paid $145.70 to defendant EVENS using Paypal.

    <u>Overt Act No. 15</u>:   On or about December 29, 2011, defendant MOORE posted a nude picture of victim L.B. on his website, http://isanyoneup.com.

<u>Overt Act No. 16</u>:  On or about December 30, 2011, defendant EVENS accessed victim V.E.'s e-mail account without authorization.

<u>Overt Act No. 17</u>:  On or about December 30, 2011, defendant EVENS obtained pictures, including a nude picture, of victim V.E. from victim V.E.'s e-mail account.

<u>Overt Act No. 18</u>:  On or about December 31, 2011, defendant MOORE sent to defendant EVENS an e-mail stating he needed all the nude pictures defendant EVENS had obtained by hacking into the victims' accounts.

<u>Overt Act No. 19</u>:  On or about January 1, 2012, defendant EVENS accessed victim K.L.'s e-mail account without authorization.

<u>Overt Act No. 20</u>:  On or about January 1, 2012, defendant EVENS obtained nude pictures of victim K.L. from victim K.L.'s e-mail account.

<u>Overt Act No. 21</u>:  On or about January 2, 2012, defendant MOORE sent to defendant EVENS an e-mail asking defendant EVENS to "hack more."

<u>Overt Act No. 22</u>:  On or about January 4, 2012, defendant EVENS accessed victim P.K.'s e-mail account without authorization.

<u>Overt Act No. 23</u>:  On or about January 4, 2012, defendant EVENS obtained pictures, including a nude picture, of victim D.W. from victim P.K.'s e-mail account.

<u>Overt Act No. 24</u>:  On or about January 7, 2012, defendant EVENS accessed victim T.G.'s e-mail account without authorization.

<u>Overt Act No. 25</u>: On or about January 7, 2012, defendant EVENS obtained pictures, including nude pictures, of victim T.G. and others from victim T.G.'s e-mail account.

<u>Overt Act No. 26</u>: On or about January 8, 2012, defendant MOORE sent to defendant EVENS an e-mail asking defendant EVENS to "hack all week for me" and stating that he could pay defendant EVENS.

<u>Overt Act No. 27</u>: On or about January 8, 2012, defendant EVENS submitted pictures, including a nude picture, of victim K.L. to defendant MOORE's website, http://isanyoneup.com.

<u>Overt Act No. 28</u>: On or about January 8, 2012, defendant EVENS submitted pictures, including a nude picture, of victim D.W. to defendant MOORE's website, http://isanyoneup.com.

<u>Overt Act No. 29</u>: On or about January 8, 2012, defendant MOORE paid $294 to defendant EVENS using Paypal.

<u>Overt Act No. 30</u>: On or about January 8, 2012, defendant MOORE posted a nude picture of victim D.W. on his website website, http://isanyoneup.com.

<u>Overt Act No. 31</u>: On or about January 9, 2012, defendant EVENS submitted pictures, including a nude picture, of victim V.E. to defendant MOORE's website, http://isanyoneup.com.

<u>Overt Act No. 32</u>: On or about January 9, 2012, defendant MOORE posted a nude picture of victim K.L. on his website website, http://isanyoneup.com.

<u>Overt Act No. 33</u>: On or about January 9, 2012, defendant EVENS submitted pictures, including a nude picture, of victim T.G. to defendant MOORE's website, http://isanyoneup.com.

  <u>Overt Act No. 34</u>:   On or about January 9, 2012, defendant MOORE paid $264 to defendant EVENS using Paypal.

  <u>Overt Act No. 35</u>:   On or about January 12, 2012, defendant MOORE posted a nude picture of victim V.E. on his website website, http://isanyoneup.com.

  <u>Overt Act No. 36</u>:   On or about January 16, 2012, defendant MOORE sent to defendant EVENS an e-mail asking defendant EVENS to "hack more."

  <u>Overt Act No. 37</u>:   On or about January 22, 2012, defendant EVENS accessed victim S.M.'s e-mail account without authorization.

  <u>Overt Act No. 38</u>:   On or about January 22, 2012, defendant EVENS obtained nude pictures of victim S.M. from victim S.M.'s e-mail account.

  <u>Overt Act No. 39</u>:   On or about January 24, 2012, defendant EVENS submitted pictures, including a nude picture, of victim S.M. to defendant MOORE's website, http://isanyoneup.com.

  <u>Overt Act No. 40</u>:   On or about January 25, 2012, defendant MOORE paid $200 to defendant EVENS using Paypal.

  <u>Overt Act No. 41</u>:   On or about January 27, 2012, defendant MOORE posted a nude picture of victim S.M. on his website website, http://isanyoneup.com.

  <u>Overt Act No. 42</u>:   On or about January 29, 2012, defendant MOORE sent to defendant EVENS an e-mail stating he needed nude pictures.

  <u>Overt Act No. 43</u>:   On or about January 29, 2012, defendant EVENS accessed victim T.K.'s e-mail account without authorization.

     Overt Act No. 44:   On or about January 29, 2012, defendant EVENS obtained pictures, including a nude picture, of victim T.K. from victim T.K.'s e-mail account.

     Overt Act No. 45:   On or about January 29, 2012, defendant EVENS submitted pictures, including a nude picture, of victim T.K. to defendant MOORE's website, http://isanyoneup.com.

     Overt Act No. 46:   On or about January 29, 2012, defendant MOORE paid $350 to defendant EVENS using Paypal.

     Overt Act No. 47:   On or about January 29, 2012, defendant MOORE posted a nude picture of victim T.K. on his website website, http://isanyoneup.com.

     Overt Act No. 48:   On or about February 21, 2012, defendant MOORE sent to defendant EVENS an e-mail requesting nude pictures of "7 girls and 3 dudes."

     Overt Act No. 49:   On or about February 21, 2012, defendant MOORE sent to defendant EVENS an e-mail confirming defendant MOORE's mother's e-mail address as quebella2011@gmail.com.

     Overt Act No. 50:   On or about February 21, 2012, defendant EVENS sent to defendant MOORE an e-mail requesting a wire transfer.

     Overt Act No. 51:   On or about February 21, 2012, defendant EVENS sent to defendant MOORE an e-mail containing defendant EVENS' bank account information.

     Overt Act No. 52:   On or about February 21, 2012, defendant MOORE electronically transferred $500 from his bank account to defendant EVENS.

1   <u>Overt Act No. 53</u>:   On or about February 23, 2012,
defendant MOORE electronically transferred $135 from his bank
account to defendant EVENS.

<u>Overt Act No. 54</u>:   On or about February 23, 2012,
defendant MOORE sent to defendant EVENS an e-mail stating that
he "only sent 135."

<u>Overt Act No. 55</u>:   On or about March 2, 2012, defendant
MOORE sent to defendant EVENS an e-mail asking defendant EVENS
to submit nude pictures so defendant MOORE could "send the other
1k."

<u>Overt Act No. 56</u>:   On or about March 2, 2012, defendant
MOORE electronically transferred $900 from his bank account to
defendant EVENS.

<u>Overt Act No. 57</u>:   On or about March 2, 2012, defendant
EVENS sent to defendant MOORE an e-mail confirming that he had
received $900.

COUNTS TWO THROUGH EIGHT

[18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(i), 2]

5.  The Grand Jury hereby repeats and realleges paragraphs 1, 3, and 4 of this Indictment, including all subparagraphs, as if fully set forth herein.

6.  On or about the dates set forth below, in Los Angeles County, within the Central District of California, and elsewhere, defendants HUNTER MOORE and CHARLES EVENS, also known as "Gary," aiding and abetting one another, knowingly and intentionally accessed and caused to be accessed without authorization, and thereby obtained information, namely, the contents of the following victim's e-mail account, from a computer used in and affecting interstate and foreign commerce, namely, a server of the service provider described below, for purposes of private financial gain:

| COUNT | DATE | ACCOUNT HOLDER VICTIM | SERVICE PROVIDER |
|---|---|---|---|
| TWO | 12/8/2011 | L.B. | Google |
| THREE | 12/30/2011 | V.E. | Google |
| FOUR | 1/1/2012 | K.L. | Google |
| FIVE | 1/4/2012 | P.L. | Google |
| SIX | 1/7/2012 | T.G. | Yahoo! |
| SEVEN | 1/22/2012 | S.M. | Google |
| EIGHT | 1/29/2012 | T.K. | Google |

COUNTS NINE THROUGH FIFTEEN

[18 U.S.C. §§ 1028A(a)(1), 2]

7. The Grand Jury hereby repeats and realleges paragraphs 1, 3, and 4 of this Indictment, including all subparagraphs, as if fully set forth herein.

8. On or about the dates set forth below, in Los Angeles County, within the Central District of California, and elsewhere, defendants HUNTER MOORE and CHARLES EVENS, also known as "Gary," aiding and abetting one another, knowingly and without lawful authority possessed and used, and willfully caused others to possess and use, means of identification of other persons, that is, the usernames of the below-described individuals, during and in relation to the below-described felony violations of unauthorized access to a protected computer to obtain information for private financial gain, in violation of Title 18, United States Code, Sections 1030(a)(2)(C), (c)(2)(B)(i):

| COUNT | DATE | VICTIM | RELATED COUNT |
|---|---|---|---|
| NINE | 12/8/2011 | L.B. | TWO |
| TEN | 12/30/2011 | V.E. | THREE |
| ELEVEN | 1/1/2012 | K.L. | FOUR |
| TWELVE | 1/4/2012 | P.L. | FIVE |
| THIRTEEN | 1/7/2012 | T.G. | SIX |

///

///

| COUNT | DATE | VICTIM | RELATED COUNT |
|---|---|---|---|
| FOURTEEN | 1/22/2012 | S.M. | SEVEN |
| FIFTEEN | 1/29/2012 | T.K. | EIGHT |

A TRUE BILL

/S/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*[signature]*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber and Intellectual Property Crimes Section

ERIC D. VANDEVELDE
Assistant United States Attorney
Deputy Chief, Cyber and Intellectual Property Crimes Section

WENDY T. WU
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section