# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

 [Reset Form]

**Case Number:** CR13-0917
**U.S.A. v.** HUNTER MOORE
[✓] Indictment  [ ] Information

**Defendant Number** 1
**Year of Birth** 1986
**Investigative agency (FBI, DEA, etc.)** FBI

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense unknown through 5/2/2012

c. County in which first offense occurred
Los Angeles

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
[✓] Los Angeles    [ ] Ventura
[ ] Orange         [ ] Santa Barbara
[ ] Riverside      [ ] San Luis Obispo
[ ] San Bernardino [ ] Other: ____

Citation of Offense 18 USC 371, 1030(a)(2)(C), 1028(A), 2

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial? [✓] No  [ ] Yes
IF YES Case Number ____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**
Case ____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: ____
Case Number ____
Charging ____

The complaint: [ ] is still pending
[ ] was dismissed on: ____

[FILED 2013 DEC 20 PM 4:05 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA]

**PREVIOUS COUNSEL**
Was defendant previously represented? [ ] No  [ ] Yes
IF YES, provide, Name: ____
Phone Number: ____

**COMPLEX CASE**
Are there 8 or more defendants in the indictment/information?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

**IS THIS A NEW DEFENDANT?** [ ] Yes  [ ] No
This is the ____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: ____
Case Number ____
The superseded case:
[ ] is still pending before Judge/Magistrate Judge ____
[ ] was previously dismissed on ____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?
- [ ] YES
- [x] NO

IF YES, list language and/or dialect: _____

**OTHER**

- [x] Male
- [ ] Female
- [x] U.S. Citizen
- [ ] Alien

Alias Name(s) _____

This defendant is charged in:  [x] All counts
- [ ] Only counts: _____
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?  [ ] Yes  [ ] No
IF YES, should matter be sealed?  [ ] Yes  [ ] No

The area of substantive law that will be involved in this case includes:

- [ ] financial institution fraud
- [ ] public corruption
- [ ] government fraud
- [ ] tax offenses
- [ ] environmental issues
- [ ] mail/wire fraud
- [ ] narcotics offenses
- [ ] immigration offenses
- [ ] violent crimes/firearms
- [ ] corporate fraud
- [x] Other: unauthorized computer access

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  [ ] Yes  [ ] No
d. Is a Fugitive  [ ] Yes  [ ] No
e. Is on bail or release from another district: _____

f. [ ] Has not been arrested but will be notified by summons to appear.

g. Warrant requested.  [x] Yes  [ ] No

Defendant is **in** custody:
a. Place of incarceration:  [ ] State  [ ] Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____

d. [ ] Solely on this charge. Date and time of arrest: _____

e. On another conviction:  [ ] Yes  [ ] No
   IF YES:  [ ] State  [ ] Federal  [ ] Writ of Issue
f. Awaiting trial on other charges::  [ ] Yes  [ ] No
   IF YES:  [ ] State  [ ] Federal  AND
   Name of Court: _____
Date transferred to federal custody: _____
This person/proceeding is transferred from another district pursuant to F.R.CrP.  20  21  40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  12/19/2013

Signature of Assistant U.S. Attorney
Wendy T. Wu
Print Name