ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
WENDY T. WU (CA SBN 242075)
Assistant United States Attorney
Computer and Intellectual Property Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0619
    Facsimile:  (213) 894-8601
    Email:      Wendy.Wu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK U.S. DISTRICT COURT
DEC 20 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>HUNTER MOORE and<br>CHARLES EVENS,<br>    aka "Gary,"<br><br>        Defendants. | No. 13- CR13-0917<br><br>GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING INDICTMENT AND ARREST WARRANT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF WENDY T. WU<br><br>**UNDER SEAL** |

    The government hereby applies ex parte for an order directing that the indictment, the arrest warrants, and any related documents in the above-titled case, together with this ex parte application, and this Court's sealing order, be kept under seal until further order of the Court.

//

//

//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached memorandum of points and authorities and the attached declaration of Wendy T. Wu.

DATED: December 19, 2013            Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

_____
WENDY T. WU
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## MEMORANDUM OF POINTS AND AUTHORITIES

The government requests that this Court seal the indictment and arrest warrants in this case in order to maintain the integrity of this investigation. Approval from this Court to seal these documents is required under Local Rule 79-5.1. The Court of Appeals for the Ninth Circuit has held that district courts have the inherent power to seal affidavits in support of warrants. In re Sealed Affidavit (Agosto), 600 F.2d 1256 (9th Cir. 1979) (per curiam); see also Offices of Lakeside Non-Ferrous Metals, Inc., 679 F.2d 778 (9th Cir. 1982) (citing Agosto).

The Court of Appeals for the Seventh Circuit has rejected the proposition that pre-indictment disclosure of a search warrant affidavit is required under either constitutional principles or Federal Rule of Criminal Procedure 41(g). In re EyeCare Physicians of America, 100 F.3d 514 (7th Cir. 1996). In doing so, the Seventh Circuit held:

> By the very nature of a secret criminal investigation of this type, the target of an investigation more often than not remains unaware of the specific grounds upon which a warrant was issued. If preindictment disclosure of sealed warrant affidavits was required to satisfy due process (assuming there has been a predicate deprivation of life, liberty or property), the hands of law enforcement would be needlessly tied and investigations of criminal activity would be made unduly difficult if not impossible.

Id. at 517. Accord In re Grand Jury Proceedings, 115 F.3d 1240, 1247 (5th Cir. 1997).

Here, for the reasons described in the attached declaration, sealing is necessary to maintain the integrity of the government's investigation. The government accordingly requests that the

1  documents described in the attached declaration be maintained under
2  seal until further order of the Court.
3
4  DATED: December 19, 2013        Respectfully submitted,
5                                  ANDRÉ BIROTTE JR.
                                   United States Attorney
6
                                   ROBERT E. DUGDALE
7                                  Assistant United States Attorney
                                   Chief, Criminal Division
8
9                                  /s/ Wendy Wu
                                   _____
                                   WENDY T. WU
10                                 Assistant United States Attorney
11                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA
12

### DECLARATION OF WENDY T. WU

I, Wendy T. Wu, declare as follows:

1. I am an Assistant United States Attorney for the Central District of California. I represent the government in the prosecution of United States v. Hunter Moore and Charles Evens, in which the government has obtained an indictment and arrest warrants against the defendants.

2. The defendants charged in the above-captioned indictment have not yet been arrested on the indictment and have not yet been informed that they are named in the indictment. The likelihood of apprehending defendants might be jeopardized if the indictment and arrest warrants were made publicly available before both defendants are taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and arrest warrants in the above-entitled case, together with this ex parte application, and this Court's sealing order, be kept under seal until further order of the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: December 19, 2013

_____
WENDY T. WU

3