ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
WENDY T. WU (CA SBN 242075)
Assistant United States Attorney
Computer and Intellectual Property Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0619
    Facsimile: (213) 894-8601
    Email:    Wendy.Wu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
DEC 20 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

HUNTER MOORE and
CHARLES EVENS,
    aka "Gary,"

    Defendants.

No. 13- CR13-0917

[PROPOSED] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS

**UNDER SEAL**

    For good cause shown, IT IS HEREBY ORDERED THAT:

    Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment, arrest warrants, and any related documents in the above-titled case, the government's sealing application, and this order shall be kept under seal until further order of the Court. The

///

///

government may produce the underlying document as permitted or required by applicable law.

DATED: 12/20/13                    CARLA M. WOEHRLE
                                   UNITED STATES MAGISTRATE JUDGE

OR IN CASE OF DENIAL:

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____            _____
                                   UNITED STATES MAGISTRATE JUDGE

5