ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
WENDY T. WU (Cal. Bar No. 242075)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0619
    Facsimile: (213) 894-0141
    E-mail:    Wendy.Wu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

HUNTER MOORE and
CHARLES EVENS,
   aka "Gary,"

    Defendants.

No. CR 13-917-UA

[PROPOSED] ORDER UNSEALING INDICTMENT

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for an order to unseal the indictment is GRANTED.

IT IS SO ORDERED.

DATE: Jan. 23, 2014

_____
UNITED STATES MAGISTRATE JUDGE

1