SEAN K. KENNEDY (No. 145632)
Federal Public Defender
~~Jim Ginsturg~~
Deputy Federal Public Defender
(E-mail:                          )
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-
Facsimile (213) 894-0081

Attorneys for Defendant

```
            FILED
   CLERK, U.S. DISTRICT COURT

MP      JAN 2 3 2014

   CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 13-917 |
| Plaintiff, ) | **Assertion of Fifth and Sixth Amendment Rights** |
| v. ) | |
| CHARLES EVENS , ) | |
| Defendant. ) | |

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf.  I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

_____
(Defendant's signature)

JIM GINSTURG
(Attorney's name printed)

_____
(Attorney's signature)

Date: 1/24/13                    Time: 7:25    a.m. / p.m.