*United States Pretrial Services*

United States District Court
Central District of California



George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

## PASSPORT RECEIPT

Defendant's name: Evens, Charlie Robert

Name on passport, if different:

Passport number: **433897235**

Country of origin: United States

Date passport issued: November 23, 2007

Expiration date of passport: November 22, 2017

Ordered by court in the Central District of California or (district) _____

Docket Number: 13-CR-00917

Surrendered by and date (print and sign): X _Lauren M. Evens_
_[signature] Lauren M. Evens_

Received by and date (print and sign): Ninetta Smith, PSO on January 23, 2014
_[signature] Ninetta Smith 1/23/2014_

FILED
CLERK, U.S. DISTRICT COURT
JAN 23 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

[REDACTED]

Returned to and date (print and sign):

Returned by and date (print and sign):

Purpose returned:

Address (if mailed):

CAC PSA 41 12/06

[ ] HQ & Supervision Unit          [ ] Investigation Unit          [ ] Santa Ana Branch          [ ] Riverside Branch

U.S. Courthouse
312 North Spring Street, Room 754
Los Angeles, CA 90012-4708
213-894-4726 / FAX 213-894-0231

Edward R. Roybal Federal Building
255 East Temple Street, Room 1178
Los Angeles, CA 90012-3326
213-894-5568 / FAX 213-894-8892

Ronald Reagan Federal Building
411 West Fourth Street, Room 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570

George E. Brown, Jr. Courthouse
3470 Twelfth Street, Room 161
Riverside, CA 92501
951-328-4490 / FAX 951-328-4489