ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
WENDY T. WU (Cal. Bar No. 242075)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0619
     Facsimile:  (213) 894-0141
     E-mail:     Wendy.Wu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-917-DMG |
|---|---|
| Plaintiff, | GOVERNMENT'S CRIMINAL HISTORY REPORT REGARDING DEFENDANT CHARLES EVENS |
| v. | |
| HUNTER MOORE and CHARLES EVENS, aka "Gary," | |
| Defendants. | |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby submits a criminal history report regarding defendant CHARLES EVENS, also known as "Gary" ("defendant"), as ordered at defendant's post-indictment arraignment.  Based on the information currently known to the government, defendant appears to have the following misdemeanor conviction:

   On June 21, 2012, defendant was convicted in Los Angeles County Superior Court, in case number LAM2MP0267301, of driving under the influence of alcohol in violation of California Vehicle Code

1

1 § 23152(b). He was sentenced to 3 years' probation and 15 days in
2 county jail.
3     This criminal history report is presented upon the Court's
4 order before any disposition of this case or the preparation of any
5 Presentence Report. Accordingly, this report does not preclude
6 further investigation of defendant's criminal history by the
7 government, the United States Pretrial Services Office, or the
8 United States Probation Office, and it is not intended to be an
9 agreement by the government as to defendant's criminal history for
10 the purposes of sentencing.
11 Dated: January 27, 2014         Respectfully submitted,

                                ANDRÉ BIROTTE JR.
                                United States Attorney

                                ROBERT E. DUGDALE
                                Assistant United States Attorney
                                Chief, Criminal Division


                                       /s/
                                ─────────────────────────────────
                                WENDY T. WU
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA