# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | CR 13-0917 |
| v. | | |
| HUNTER MOORE, | | **DESIGNATION AND APPEARANCE OF COUNSEL** |
| | DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint ROBERT M. HOLLEY , Esquire, as my attorney to appear for me throughout all proceedings in this case.

2-04-14
_Date_

X _____
_Defendant's Signature_

SACRAMENTO, CALIFORNIA
_City and State_

## APPEARANCE OF COUNSEL

I, ROBERT M. HOLLEY Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

2-04-14
_Date_

_Attorney's Signature_

50769
_California State Bar Number_

2150 RIVER PLAZA DRIVE, STE. 164
_Street Address_

SACRAMENTO, CALIFORNIA 95833
_City, State, Zip Code_

(916) 922-2111          (916) 920-0355
_Telephone Number_        _Fax Number_

ATTYOB@AOL.COM
_E-mail Address_

CR-14 (01/07)                    **DESIGNATION AND APPEARANCE OF COUNSEL**