UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                                    PLAINTIFF<br>          v.<br><br>HUNTER MOORE,<br><br>                                    DEFENDANT. | CASE NUMBER:<br>CR 13-0917<br><br>DECLARATION RE PASSPORT |
|---|---|

I, **HUNTER MOORE**_____, declare that
                    *(Defendant)*

☐   I have never been issued any passport by any country. I will not apply for the issuance of a passport during the pendency of this case.

☐   I am unable to locate my passport(s). If I locate any passport issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

☑   My passport is in the possession of federal authorities. If my passport is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **4TH** day of **FEBRUARY**, **2014**
at **SACRAMENTO, CALIFORNIA**
          *(City and state)*

_____
*Signature of Defendant*

---

If defendant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Declaration re Passport from English into _____ to defendant _____, on this date.

Date: _____          _____
                                                                    *Interpreter*

CR-37 (07/12)                           **DECLARATION RE PASSPORT**