# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
Hunter Moore
Defendant.

Western Division

Case Number: 2:13-CR-00917-DMG-1
Initial App. Date: 02/07/2014
Initial App. Time: 2:00 PM

Indictment
Bond

Date Filed: 12/20/2013
Violation: 18:371;1030(a)(2)(C),(c)(2)(B)(i);1028A(a)(1);2

CourtSmart/ Reporter: _Sheri Kleeser_

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Stephen J. Hillman**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Butler, Sandra — Deputy Clerk    _Wesley Hsu_ — Assistant U.S. Attorney    None — Interpreter/Language

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
☐ Defendant states true name ☐ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☑ Attorney: Robert Miller Holley, Retained ☐ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
   ☐ Special appearance by: _____
☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☑ BAIL FIXED AT $ _Same conditions set by Judge Edmund Brennan_ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
   District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for ___√___ at 4:30 PM _____
☐ PIA set for: _____ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☑ Court ORDERS defendant Held to Answer to _____ District of _~~Nevada~~_.
   ☑ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
   ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ AM / PM
   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☑ Other: _Arraignment held, See seperate minute order._

☑ PSA ☐ USPO    ☐ FINANCIAL    ☑ READY
Deputy Clerk Initials _SB_

M-5 (10/13)    CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. HUNTER MOORE Defendant/Material Witness. | CASE NUMBER: 13CR917 DMG-1 | |
|---|---|---|
| | COMPLAINT: | INDICTMENT / INFORMATION: |
| | VIOLATION OF TITLE: 18 | SECTION: 371; 1030(a)(2)(C),(c)(2)(B) 1028A(a)(1); 2 |

☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☐ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $_____   RELEASE No. _____
☐ APPEARANCE BOND IN THE AMOUNT OF $_____
    ☐ WITH CASH DEPOSIT (AMOUNT OR %) _____
    ☐ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)
☐ RELEASE TO PRETRIAL ONLY
☐ FORTHWITH RELEASE
☐ ALL CONDITIONS OF BOND SHALL BE MET AND BOND POSTED BY: _____
                                                              Date
☐ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)

☐ WITH DEEDING OF PROPERTY
☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $_____
☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $_____
☐ ADDITIONAL REQUIREMENTS:
☒ BAIL FIXED BY COURT _____   ☐ ALL REQUIREMENTS HAVE BEEN MET: _____
                        Deputy Clerk                                                 Deputy Clerk

PRE-CONDITIONS TO RELEASE
☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
☐ The Nebbia hearing can be waived by the government.

ADDITIONAL CONDITIONS OF RELEASE
In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:
☐ Defendant shall submit to: [ ] Pretrial Supervision.  [ ] Intensive Pretrial Supervision.
☐ Surrender all passports to the ~~Clerk of Court~~, or sign a declaration no later than, _____ and not apply for the issuance of a passport during the pendency of this case.
☐ Travel is restricted to: CD/CA _____
☐ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
☐ Reside as approved by PSA and do not relocate without prior permission from PSA. _____
☐ Maintain or actively seek employment and provide proof to PSA.
☐ Maintain or commence an educational program and provide proof to PSA.
☒ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____  No contact Phone, Inter,
☐ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☐ Not use alcohol.
☐ Not use or possess illegal drugs. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
☐ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [ ] **Release to PSA only.**
☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

Defendant Initials HM   Date 2-7-14

ORIGINAL - YELLOW COPY        PINK- PRETRIAL SERVICES        WHITE - DEFENDANT COPY

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNTER MOORE <br> Defendant/Material Witness. | CASE NUMBER: <br> 13CR-917 DMG -1 |

☐ Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] will or [ ] will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.
  [ ] **Curfew.** You are restricted to your residence every day: [ ] from _____ to _____ . [ ] as directed by PSA.
    [ ] Release to PSA only.
  [ ] **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] Release to PSA only.
  [ ] **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only.**
☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.
☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.
☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.
☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.
☒ Other conditions: Same condition as set by Judge Edmund F. Brennan

| X 2-7-14 | P [signature] | X 530-867-0296 |
|---|---|---|
| Date | Defendant/Material Witness' Signature | Telephone Number |

P Woodland, CA 95776
City, State And Zip Code   ONLY

☐ **Check if interpreter is used:** I have interpreted into the _____ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

| _____ | _____ |
|---|---|
| Interpreter's signature | Date |

Approved: _____   _____
United States District Judge / Magistrate Judge          Date

If Cash Deposited: Receipt # _____   For $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

| ORIGINAL - YELLOW COPY | PINK- PRETRIAL SERVICES | WHITE - DEFENDANT COPY |
|---|---|---|

**FILED**

JAN 24 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-mj-00012-EFB |
| Plaintiff, | |
| vs. | UNSECURED APPEARANCE BOND |
| HUNTER MOORE, | |
| Defendant. | |

I, HUNTER MOORE, the undersigned defendant and/or surety, acknowledge that I/we are bound to pay the United States of America the sum of $ 100,000.00.

As a condition of the defendant's release on this bond, it is understood and agreed upon that the defendant must appear in person in accordance with any and all directions and orders relating to his appearance in the above entitled matter, as may be given or issued by the Court or any judicial officer thereof, in the aforesaid District, or any other United States District Court to which he or she may be removed or to which the case may be transferred.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then said bond is to be void, but if the defendant fails to obey or perform any of these conditions, the bond may be forfeited. If said forfeiture is not set aside, summary judgment

1  may be entered against defendant for the amount above stated together with interest and costs, and
2  execution may be issued and payment secured as provided by the Federal Rules of Criminal
3  Procedure and other laws of the United States.
4      It is agreed and understood that this is a continuing bond which shall remain in full force and
5  effect until such time as the undersigned is duly exonerated.
6  DATED:

_____
DEFENDANT

Woodland, CA
CITY & STATE

_____
SURETY

Woodland CA
CITY & STATE

_____
SURETY

Woodland, CA
CITY & STATE

_____
SURETY

_____
CITY & STATE

## SPECIAL CONDITIONS OF RELEASE

Re: Moore, Hunter
No.: 2:14-mj-00012 EFB
Date: January 24, 2014

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to Central District and Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

10. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

12. You shall not associate or have any contact with your co-defendant or any potential witnesses in this case, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

13. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

14. You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer. Your parents are allowed to have internet access to the home, however, the connection shall be password protected and you shall not have access to it at any time;

15. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer. Your parents are allowed to keep their smartphones and personal computers locked and password protected in the locked in-law unit or with them at all times;

16. You shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations;

17. You shall not possess a cell phone which has internet capabilities;

18. You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office;

19. You shall not have anyone or a third party conduct online business or activity on your behalf; and,

20. On or before Monday January 27, 2014, in the presence of your defense counsel and agents designated by the government, you shall assist agents to shut down any and all of your personal and professional Twitter accounts, Tumblr accounts, email accounts, Instagram accounts, Facebook accounts, Hunter Moore T.V. accounts, websites, and any other social media or internet accounts you may have. This may be effectuated by allowing agents to substitute their own password and contact information in the place of your own, or through other means as determined by the agents. You shall identify all such accounts for the agents.