## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | CASE NUMBER: 13 CR 917 DMG - 1 | |
|---|---|---|
| v. HUNTER MOORE Defendant/Material Witness. | COMPLAINT: | INDICTMENT / INFORMATION: |
| | VIOLATION OF TITLE: 18 | SECTION: 371, 1030 (a)(2)(C), (c)(2)(B)(i) 1028A (a)(1), 2 |

☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☐ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $_____   RELEASE No. _____
☐ APPEARANCE BOND IN THE AMOUNT OF $_____
　☐ WITH CASH DEPOSIT (AMOUNT OR %) _____
　☐ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)　　　　☐ RELEASE TO PRETRIAL ONLY
　_____　　　　☐ FORTHWITH RELEASE
　_____　　　　☐ ALL CONDITIONS OF BOND
☐ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)　　SHALL BE MET AND BOND
　_____　　POSTED BY: _____
　_____　　　　　　　　　　　　　　_Date_

　☐ WITH DEEDING OF PROPERTY
☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $_____
☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $_____
☐ ADDITIONAL REQUIREMENTS: _____
☒ BAIL FIXED BY COURT _____　　☒ ALL REQUIREMENTS HAVE BEEN MET: _____
　　　　　_Deputy Clerk_　　　　　　　　　　　　　　　　　　_Deputy Clerk_

### PRE-CONDITIONS TO RELEASE
☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
　☐ The Nebbia hearing can be waived by the government.

### ADDITIONAL CONDITIONS OF RELEASE
In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:
☐ Defendant shall submit to: [ ] Pretrial Supervision.  [ ] Intensive Pretrial Supervision.
☐ Surrender all passports to the Clerk of Court, or sign a declaration no later than, _____ and not apply for the issuance of a passport during the pendency of this case.
☐ Travel is restricted to: CD/CA
☐ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
☐ Reside as approved by PSA and do not relocate without prior permission from PSA. _____
☐ Maintain or actively seek employment and provide proof to PSA.
☐ Maintain or commence an educational program and provide proof to PSA. **No contact Phone, Internet**
☒ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
☐ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☐ Not use alcohol.
☐ Not use or possess illegal drugs. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☐ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
☐ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [ ] Release to PSA only.
☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

**Defendant Initials** HM **Date** 2-7-14

ORIGINAL - YELLOW COPY　　　　PINK- PRETRIAL SERVICES　　　　WHITE - DEFENDANT COPY

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

HUNTER MOORE

Defendant/Material Witness.

CASE NUMBER:

13CR917 DMG -1

☐ Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] will or [ ] will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.

[ ] **Curfew.** You are restricted to your residence every day: [ ] from _____ to _____ . [ ] as directed by PSA. [ ] **Release to PSA only.**

[ ] **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] **Release to PSA only.**

[ ] **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only.**

☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.

☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.

☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.

☒ Other conditions: Same condition as set by Judge Edmund F. Brennan

X 2-7-14

Date

X [signature]

Defendant/Material Witness' Signature

X 530-867-0296

Telephone Number

P Woodland, CA 95776 ONLY

City, State And Zip Code

☐ **Check if interpreter is used:** I have interpreted into the _____ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

_____
Interpreter's signature

_____
Date

Approved: [signature]

United States District Judge / Magistrate Judge

2/10/14

Date

If Cash Deposited: Receipt # _____     For $_____

**(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)**

ORIGINAL - YELLOW COPY          PINK- PRETRIAL SERVICES          WHITE - DEFENDANT COPY

**FILED**

JAN 2 4 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    CASE NO. 2:14-mj-00012-EFB

                    Plaintiff,

     vs.                                     UNSECURED APPEARANCE BOND

HUNTER MOORE,

                    Defendant.
_____/

I, HUNTER MOORE, the undersigned defendant and/or surety, acknowledge that I/we are bound to pay the United States of America the sum of $ 100,000.00 .

     As a condition of the defendant's release on this bond, it is understood and agreed upon that the defendant must appear in person in accordance with any and all directions and orders relating to his appearance in the above entitled matter, as may be given or issued by the Court or any judicial officer thereof, in the aforesaid District, or any other United States District Court to which he or she may be removed or to which the case may be transferred.

     If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then said bond is to be void, but if the defendant fails to obey or perform any of these conditions, the bond may be forfeited. If said forfeiture is not set aside, summary judgment

1  may be entered against defendant for the amount above stated together with interest and costs, and

2  execution may be issued and payment secured as provided by the Federal Rules of Criminal

3  Procedure and other laws of the United States.

4       It is agreed and understood that this is a continuing bond which shall remain in full force and

5  effect until such time as the undersigned is duly exonerated.

6  DATED:

7

8  _____
   DEFENDANT

9  _____
10 Woodland, CA
   CITY & STATE

11 _____
12 SURETY

13 _____
14 Woodland, CA
   CITY & STATE

15 _____
16 SURETY

17 _____
18 Woodland, CA
   CITY & STATE

19

20 _____
   SURETY

21

22 _____
   CITY & STATE

23

24

25

26

## SPECIAL CONDITIONS OF RELEASE

Re: Moore, Hunter
No.: 2:14-mj-00012 EFB
Date: January 24, 2014

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to Central District and Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

10. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

12. You shall not associate or have any contact with your co-defendant or any potential witnesses in this case, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

13. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

14. You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer. Your parents are allowed to have internet access to the home, however, the connection shall be password protected and you shall not have access to it at any time;

15. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer. Your parents are allowed to keep their smartphones and personal computers locked and password protected in the locked in-law unit or with them at all times;

16. You shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations;

17. You shall not possess a cell phone which has internet capabilities;

18. You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office;

19. You shall not have anyone or a third party conduct online business or activity on your behalf; and,

20. On or before Monday January 27, 2014, in the presence of your defense counsel and agents designated by the government, you shall assist agents to shut down any and all of your personal and professional Twitter accounts, Tumblr accounts, email accounts, Instagram accounts, Facebook accounts, Hunter Moore T.V. accounts, websites, and any other social media or internet accounts you may have. This may be effectuated by allowing agents to substitute their own password and contact information in the place of your own, or through other means as determined by the agents. You shall identify all such accounts for the agents.