# United States Pretrial Services

for

CENTRAL DISTRICT OF CALIFORNIA

*FILED CLERK, U.S. DISTRICT COURT
FEB - 6 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY*

U.S.A. vs. Charles Evens                     DOCKET NO. 2:13-cr-00917-DMG-2

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW GEORGE M. WALKER, CHIEF UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Charles Evens who was placed under pretrial release supervision by The Honorable Alicia G. Rosenberg, sitting in the court at Los Angeles, California, on the 23rd day of January 2014, under the following conditions:

1. Intensive Pretrial Services (PSA) supervision.
2. Surrender all passports to PSA or sign a declaration and not apply for issuance of a passport during the pendency of this case.
3. Travel is restricted to the Central District of California.
4. Do not enter any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
5. Reside as approved by PSA and do not relocate without prior permission from PSA.
6. Maintain or actively seek employment and provide proof to PSA.
7. Avoid all contact directly or indirectly, with anyone who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: co-defendants, except in the presence of counsel.
8. Do not use alcohol.
9. Do not possess illegal drugs and in order to determine compliance, the defendant will agree to submit to a search of his person and/or property by PSA in conjunction with the U.S. Marshal.
10. Submit to drug and/or alcohol testing and outpatient treatment as directed by PSA and you shall pay all or part of the cost for testing and treatment based on your ability to pay as determined by PSA.
11. Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA and you shall pay all or part of the cost for testing and treatment based on your ability to pay as determined by PSA.
12. Do not possess or have access to, either in the home or any location other than the workplace, any device which offers internet access and in order to determine compliance, the defendant will agree to submit to a search of his/her person and/or property by PSA in conjunction with the U.S. Marshal.
13. Abide by the conditions of probation.
14. Clear outstanding misdemeanor warrant within 45 days of release; the defendant is permitted to use a computer at his place of employment for work purposes only.
15. The defendant shall not have access to a computer at his residence or any other location and in order to determine compliance, the defendant will agree to submit to a search of his person and/or property by PSA in conjunction with the U.S. Marshal.

Re:     Evens, Charles

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On or about January 23rd or 24th, 2014, the defendant allegedly contacted a victim or potential witness in the underlying federal matter.

PRAYING THAT THE COURT WILL SCHEDULE an Order to Show Cause Hearing for the defendant in order to show why the defendant's bond should not be revoked.

### ORDER OF THE COURT

Considered and ordered this 6th day of February 2014, and ordered filed made a part of the records in the above case.

_____
The Honorable Dolly M. Gee
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on February 6, 2014

_____
Damion Davis
Senior U.S. Pretrial Services Officer

_____
Todd Sauber
Supervising U.S. Pretrial Services Officer
Place: Los Angeles, California