```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    WENDY T. WU (Cal. Bar No. 242075)
 4  Assistant United States Attorney
    Cyber & Intellectual Property Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0619
 7       Facsimile: (213) 894-0141
         E-mail:    Wendy.Wu@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-917-DMG |
|---|---|
| Plaintiff, | GOVERNMENT'S CRIMINAL HISTORY REPORT REGARDING DEFENDANT HUNTER MOORE |
| v. | |
| HUNTER MOORE and CHARLES EVENS, aka "Gary," | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby submits a criminal history report regarding defendant Hunter Moore, as ordered at defendant's post-indictment arraignment. Based on the information currently known to the government, defendant appears to have no misdemeanor or felony convictions.

This criminal history report is presented upon the Court's order before any disposition of this case or the preparation of any Presentence Report. Accordingly, this report does not preclude

1  further investigation of defendant's criminal history by the
2  government, the United States Pretrial Services Office, or the
3  United States Probation Office, and it is not intended to be an
4  agreement by the government as to defendant's criminal history for
5  the purposes of sentencing.

6  Dated: February 11, 2014          Respectfully submitted,

                                     ANDRÉ BIROTTE JR.
                                     United States Attorney

                                     ROBERT E. DUGDALE
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                          /s/
                                     _____
                                     WENDY T. WU
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA