# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

| Case No. | CR 13-917-DMG | Date | February 11, 2014 |
|---|---|---|---|

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE PRESIDING**

Interpreter: NOT APPLICABLE

| V.R. Vallery | Not Reported | Wendy T. Wu - Not Present |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| CHARLES ROBERT EVENS | NOT | | ✗ | JILL K. GINSTLING, DFPD | NOT | ✗ | |

**Proceedings:   IN CHAMBERS - NOTICE TO ALL PARTIES**

The Court hereby sets an Order to Show Cause Hearing why defendant's bond should not be revoked for February 21, 2014 at 11:30 a.m.   Defendant is ordered to appear.

cc: PSA