# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

| Case No. | CR 13-917 -DMG | Date | February 24, 2014 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE,  UNITED STATES DISTRICT JUDGE PRESIDING |
|---|---|
| Interpreter | NOT APPLICABLE |

| V.R. VALLERY | ANNE KIELWASSER | WENDY T. WU |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) CHARLES ROBERT EVENS | ✗ |  | ✗ | JILL K. GINSTLING, DFPD | ✗ | ✗ |  |
|  |  |  |  | Pretrial Services Officer |  |  |  |
|  |  |  |  | DAMION DAVIS | ✗ |  |  |

**Proceedings:   ORDER TO SHOW CAUSE WHY DEFENDANT'S BOND SHOULD NOT BE REVOKED**

The case is called and counsel make their appearance.  Following discussions with counsel, the parties are instructed to meet and confer to address proposed bail conditions and submit a stipulation and proposed order by no later than March 3, 2014.

: 13

cc: PSA

CR-11 **CRIMINAL MINUTES - GENERAL**                                                                 Initials of Deputy Clerk VRV