ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
WENDY T. WU (Cal. State Bar No. 242075)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0619
     Facsimile: (213) 894-0141
     E-mail:    Wendy.Wu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-917-DMG |
|---|---|
| Plaintiff, | STIPULATION RE: MODIFICATION OF PRETRIAL RELEASE CONDITIONS FOR DEFENDANT CHARLES EVENS |
| v. | |
| HUNTER MOORE and CHARLES EVENS,   aka "Gary," | |
| Defendants. | |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, and defendant CHARLES EVENS, both individually and through his counsel of record, Deputy Federal Public Defender Jill Ginstling, hereby stipulate and request the Court to find and order as follows:

   1.   The 15-count indictment charges defendant and co-defendant Hunter Moore each with violations of 18 U.S.C. § 371: Conspiracy; 18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(i): Unauthorized Access to a

1

Protected Computer to Obtain Information; 18 U.S.C. § 1028A: Aggravated Identity Theft; and 18 U.S.C. § 2: Aiding and Abetting and Causing an Act To Be Done.  Defendants are released on bond pending trial.

    2.   Defendant's previously set pretrial release conditions prohibit him from possessing or having access to, either in the home or any location other than the workplace, any device which offers Internet access.  Defendant agreed to submit to a search of his person and/or property by Pretrial Services in conjunction with the US Marshal in order to determine compliance.  (See Docket No. 13.)

    3.   The parties hereby stipulate and ask the Court to modify defendant's pretrial release conditions as follows:

        a.   Defendant shall not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access.  Defendant agrees to submit to a search of his person and/or property by Pretrial Services in conjunction with the US Marshal in order to determine compliance.

    4.   The defense reserves the right to ask the Court to modify this condition in the future, should circumstances warrant a modification.

///

///

///

5. All of the other conditions of this bond shall remain in effect.

IT IS SO STIPULATED.

```
                                   Respectfully submitted,

                                   ANDRÉ BIROTTE JR.
                                   United States Attorney

                                   ROBERT E. DUGDALE
                                   Assistant United States Attorney
                                   Chief, Criminal Division


Dated:  February 28, 2014           /s/
                                   WENDY T. WU
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA


Dated:  February 28, 2014           /s/ by e-mail authorization
                                   JILL GINSTLING
                                   Deputy Federal Public Defender
                                   Counsel for Defendant
```