ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
WENDY T. WU (Cal. State Bar No. 242075)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0619
     Facsimile: (213) 894-0141
     E-mail:   Wendy.Wu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-917-DMG |
|---|---|
| Plaintiff, | ORDER RE: MODIFICATION OF <u>PRETRIAL RELEASE CONDITIONS FOR DEFENDANT CHARLES EVENS</u> |
| v. | |
| HUNTER MOORE and CHARLES EVENS,    aka "Gary," | |
| Defendants. | |

   For good cause shown, IT IS HEREBY ORDERED that defendant CHARLES EVENS' ("defendant") pretrial release conditions are modified as follows:

   a.   Defendant shall not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access.  Defendant shall agree to submit to a search of his person and/or property by Pretrial Services in conjunction with the US Marshal in order to determine compliance.

1

b.  The defense shall reserve the right to ask the Court to modify this condition in the future, should circumstances warrant a modification.

IT IS SO ORDERED.

DATED: March 3, 2014

```
                                    _____
                                    DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE
```