# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>CHARLES EVENS,<br><br>       Defendant. | Case No.: CR 13-917-DMG-2<br><br>**ORDER PERMITTING OUT-OF-DISTRICT TRAVEL [59]** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Charles Evens is permitted to travel to the Northern District of California (and he is permitted to enter an airport, seaport, railroad, or bus terminal that permits exit from the Continental United States for purposes of such travel) for case-related reasons, with prior notice to Pretrial Services. He shall notify his Pretrial Services Officer within 24 hours after his return from any such case-related travel.

DATED: June 10, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

**cc: PSA**