ROBERT M. HOLLEY, SBN 50769
Attorney at law
2150 River Plaza Drive, Ste. 170
Sacramento, CA 95833
(916) 870-7779 - Phone
(916) 920-0355 - Fax
attyob@aol.com

Attorney for Defendant
HUNTER MOORE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO.: CR 13-0917-DMG |
| Plaintiff, ) | |
| ) | NOTICE OF MANUAL FILING |
| v. ) | |
| ) | |
| HUNTER MOORE, ) | |
| ) | |
| Defendant. ) | |

Notice of Manual Filing is here by given that two applications to seal, two declarations giving notice or proof of service, two proposed orders sealing, and under seal documents have been submitted to the Court in the above-entitled case.

Respectfully submitted,

*/s/ Robert M. Holley*

Robert M. Holley
Counsel for Hunter Moore