# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 13-917-DMG |
|---|---|
| Plaintiff, | |
| v. | ORDER RE SEALED FILING [70] |
| HUNTER MOORE | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the document entitled "MOTION TO CONTINUE SENTENCING HEARING" shall be filed under seal.

DATED: September 11, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE