WENDY T. WU
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section
1500 United States Courthouse
312 North Spring Street, Los Angeles, CA  90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 13-917-DMG |
| v. | |
| CHARLES EVENS | **NOTICE OF MANUAL FILING** |
| | **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

GOVERNMENT'S SENTENCING POSITION REGARDING DEFENDANT CHARLES EVENS; EXHIBIT; APPLICATION FOR UNDER SEAL FILING; PROPOSED ORDER

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

November 4, 2015
Date

Wendy T. Wu
Attorney Name

USA
Party Represented

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)         **NOTICE OF MANUAL FILING OR LODGING**