1  ROBERT M.HOLLEY, SBN 50769
   Attorney at law
2  2150 River Plaza Drive, Ste. 164
   Sacramento, CA 95833
3  (916) 870-7779 - Phone
   (916) 922-2288 - Fax
4  attyob@aol.com

5  Attorney for Defendant
   HUNTER MOORE

6

7              UNITED STATES DISTRICT COURT

8             CENTRAL DISTRICT OF CALIFORNIA

9

10  THE UNITED STATES OF AMERICA,       )  CASE NO.: CR 13-0917-DMG
                                        )
11            Plaintiff,                )
                                        )  NOTICE OF MANUAL FILING
12                                      )
                                        )
13       v.                             )
                                        )
14                                      )
                                        )
15  HUNTER MOORE,                       )
                                        )
16            Defendant.                )
                                        )
17  _____ )

18        Notice of Manual Filing is here by given that an application to seal, with attached

19  declaration giving notice or proof of service, a proposed order of sealing, and under seal

20  documents have been submitted to the Court in the above-entitled case.

21

22        Dated: November 24, 2015

23

24                                    Respectfully submitted,

25                                    /s/ Robert M. Holley

26                                    Robert M. Holley
                                      Counsel for Hunter Moore
27

28