# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**HUNTER MOORE**<br><br>　　　　Defendant. | Case No.: CR 13-917-DMG<br><br>**ORDER RE SEALING REQUEST [99]** |

　　GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the document entitled "SENTENCING MEMORANDUM FOR HUNTER MOORE" and ALL ATTACHMENTS THERETO shall be filed under seal.

DATED:  November 25, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE